MAXWELL *v.* BROWN.

LITTLE, J. Under the facts shown in the record, and the explanatory note of the judge, it can not be ruled that he abused the discretion with which he is invested, in refusing to set aside the judgment on the application of the defendant.          *Judgment affirmed. All the Justices concurring.*

Argued October 16, — Decided November 9, 1901.

Motion to set aside judgment. Before Judge Henry. Floyd superior court. March 21, 1901.

*G. A. H. Harris & Son* and *R. L. Chamlee,* for plaintiff in error. *Rowell & Rowell,* contra.